AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

J & J Mobile Home Park, Inc.,
_____
Plaintiff

v.

James Sonny Bell
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 06-575

I, James Sonny Bell, declare that I am the (check appropriate box)

- Petitioner/Plaintiff/Movant      - (Other) ✓

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/(petition)/motion.   See: 28 U.S.C.A. § 1443(1).

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • Yes    (No) ✓    (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   **Inmate Identification Number (Required):** _____

   Are you employed at the institution? ___  Do you receive any payment from the institution? ___

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

   "Legally - Disabled"

2. Are you currently employed?    • Yes    (No) ✓

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   approx. 07-02 Waste Management Home office Houston, Tex.,

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • Yes | • No ✓ |
   | b. | Rent payments, interest or dividends | • Yes | • No ✓ |
   | c. | Pensions, annuities or life insurance payments | • Yes | • No ✓ |
   | d. | Disability or workers compensation payments | • Yes | • No ✓ |
   | e. | Gifts or inheritances | • Yes | • No ✓ |
   | f. | Any other sources | • Yes | • No ✓ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. (utilized only for my Direct-Deposit from: U.S. Soc. Admn)
   Do you have any cash or checking or savings accounts?   **Yes**  ..No
   If "Yes" state the total amount $ 20xx or less.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   '92 Dodge 150 P/c   **Yes**  ..No
   gift; → '94 Lincoln Town-Car,
   If "Yes" describe the property and state its value.
   '89 Star-Line Mobile-Home  14x70  Value $6,500.00?
   '92 Dodge P/c  maybe $1200-$1500.00?
   '94 Lincoln Town-Car value approx. $3,500-$4,500.00?
   This is All I have,. Nothing New!

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.
   Son; "J. C. S
   11th grader in School. - In state of Delaware,
   Yes, child-Support for him come(s) out-of my monthly Allotment,.

   I declare under penalty of perjury that the above information is true and correct.

   09-13-06                James C. Bell
   DATE                    SIGNATURE OF APPLICANT



**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

06-575

# In the United States District Of "DELAWARE"

J & J Mobile Home Park, Inc.,
      Plaintiff,

-Against-

James Sonny Bell
      Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RE; R E M O V A L  A C T I O N; ALSO DUE TO "PROHIBITED, "PROSRIBED; 42 U.S.C.A. Section 1981(a). - "INTENTIONAL - "DISCRIMINATION(S),. Of my adversary - current 0 landlord,. And yes, it Is my belief; that,. She would, do anything - anything,. "Not to loose, To a "Black "PERSON, Per se { Sic },. But oh how true,. Vel non,. I, do not, have the "Pecuniary - "RESOURCE(S), that she has,. I Cannot, even attempt, to buy off, or pay - off people, per se Nor, would I,

How-ever; it, is some pretty suspicious - fact(s), connected to my, Wonderful adversary & "Landlord; Ms. JUDY SKINNER,.

PLEASE, consider this, to coinside with the "In forma pauperis, legal Document;

## MOTION for { IFP } - "STATUS,..

To, be in the lawful, interest of "JUSTICE,

'"G R A N T E D, { IFP }, STATUS, DUE TO MY UNFORTUNATE, INDIGENCY,. I AM ALSO ON; DISABILITY, AND I RECEIVE { ONE }, CHECK, A MONTH; FROM THE U.S. Social - "SECURITY - "ADMINISTRATION,... ...........

X *James C. Bell*
_____
Mr. James C. Bell