# In the
# United States
# District
# Of
# "DELAWARE"

J & J  Mobile Home Park, Inc.,
    Plaintiff,      Civil Action No._____ 0 6 - 5 7 5

-Against-

           28 U.S.C. Section 1331.

James Sonny Bell
    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Mr. James Sonny Bell Pro se   do hereby; File this;

## "NOTICE OF REMOVAL";

Due to; continued  / continuing wrongful "Racial - Divisive" divide;

/ "Prohibited - "R A C I A L  -  "I M P L I C A T I O N(s); .

I, truly feel as though that I cannot Receive a full - fair

Inalienable - Equally, - Federally,  Protected Constitutional Hearing in the

inferior JP Court No. 16, of the 01st state, of DELAWARE,.


Dearest; Clerk, and  designated - elite - "Staff;

This, is a "N O T I C E   OF "R E M O V A L; being - filed, by myself;

Mr. JAMES CHARLES BELL, Pro se,. ..

Now, here come(s), a disgruntled - citizen of these "UNITED STATES,

Of "America,. "Filing, / and legally "Petitioning for;

THIS NOTICE OF "REMOVAL, as a matter, of "Law;

Due, to the unquestioned, fact,. That, I, do not foresee, a fair,

Impartial, state civil - court, proceeding,. Therefore, I am constitu-

Tonally, filing this "REMOVAL - "Action,. Let it also, be known, that

My former; "Fired, "TERMINATED superficial - "Transparent - so - called legal

- "Counsel, Ms. Eileen M. Ford esq., of the "Notorious; "Legal "Service(s)

Corporation, of The { 01 st }, state,. .. In, which, she only purported, to

Fairly, uphold her; "Constitutional - "Fiduciary - duty,. That, was so, so,

vitreous, / transparent - { SAME },. She, will be dealt with, "LEGALLY,

Later,. If, I so choose, to possibly have her - "Vigorously - "Federally -

"INVESTIGATED,. See; 28 U.S.C.A. SECTION 1985(3).

Re; The Lawful - Pendente lite jurisdiction, "FEDERAL - "Question

Jurisdiction, of this court;

I, James Charles Bell, due hereby file this "Petition, for "REMOVAL,

Here-under; the following rational basis test., / self - executing,

Proximate justa caua(s)a(s);                                    2

Since, I feel it is truly, but sadly,

Futile, to expect, "Equal - "Justice, under the law,. In civil - docket

/ Case No. J0607047816,. In, which was formerly filed / docketed, in

the, Honorable, but far inferior; J P Civil - Court No. 016, of the State of;

DELAWARE,. Domiciled / located at; 480 Bank Lane, Dover, Del., 199

This, "Case, { " SHALL " }, be "Constitutionally "REMOVED, to

"Prevent, a heinous "UNGODLY - "WRONGFUL - "MISCARRIAGE, of JUSTICE;

I, Mr. JAMES C. BELL, due hereby; File this, "Viable;

"N O T I C E, of "R E M O V A L, DUE TO THE FACT, THAT I,

HAVE ABSOLUTELY "NO, GUARANTEE(S); THAT MY LANDLORD;

Ms. JUDY SKINNER, has not also; attempted to, either buy, State

Of DELAWARE Civil - J P - Court, "Staff off; { Sic },.  As, see the

questionable, document / in defendant'(s) - "Exhibit;  " C ", the " C ",

For the question, of "Corruption, Pay - "Off(s), / "Buy out(s),. And or;

The, future promise / promise(s), of "Favor(s),. Per se  { Sic },. But,

Very "REALISTIC, "PLEASE See; also defendant(s) "Exhibit; " B "

" B " for "Buddy - "Buddy,. ?? Vel non,.


At, any rate; I, Mr. JAMES  C. BELL, i ,  DO FEEL TRULY "PREJUDICED,

AND IN FACT; THE "STAGE / "inferior STATE  OF DELAWARE,

J P Court No. 016, may already be set,. In multi-wrongful - "Violation(s),

Of; my "Inalienable - at - "Birth - "Legally - "Ascertained,                3

Vehement - "FEDERALLY    Guaranteed "Libertie(s), to be treated "Equal, in

any 'Court, in these

"UNITED STATES, of "AMERICA,. "UNDER - "STATEMENT, . And since, I

Am / not / will / not; be "TREATED - "CONSTITUTIONALLY - "EQUAL,

In the "State of DELAWARE, Civil - J P - Court, No.. 016,.

PLEASE File this "REMOVAL Here - Under;

{ 01 } . Title 28 U.S.C.A. Section  1446.

{ 02 } . Title 28 U.S.C.A. Section  1443(1). Yes, it is "Solely,  / main-

Ly due to the "Color, of my "Skin,. That, I cannot get a "Fair state,

"Civil - Court, "Trial,. In, which - which, is truly, unindicative, with

The "Inalienable - "True - "Fundamental(s), of "Liberty, and "JUSTICE,.

Nor, is the fact; That, just recently, / suspiciously, a number, of;

"IRON - "CLAD,. "Human "Relation(s), - "Complaint(s),. That. were, very,

Very, viable, in nature,. "Filed, ( via ) a few, constituent(s), of the

J & J Trailer Park, in which, which is suspiciously - "OWNED; by way

Of; Ms.. Judy Skinner,. In a nut shell, as I reiterate,, just, in the

Last 7 - 10 day(s),. State of DELAWARE, viable - 'Complaint(s), against,

Ms.. Judy Skinner,. Have; suspiciously - "BEEN - "DISMISSED, ?? { Sic },..

But, in fact, a fact,. Who, else is she capable,                                    4

of cutting, a "DEAL -

"With, ??  Vel non, . ..

{ 03 }. Title 42 U.S.C.A. Section    1985(3). "Yes, there is, and has

Been, a "Big full blown, conspiracy,. To, "Wrongfully - "Heinously - "Deny,

My "Person; Mr. James C. Bell, to enjoy, the "Liberty  /  "Libertie(s) of;

The pursuit, of "Happiness, and the "American - way,.

An, example; of Ms. Judy Skinners, "RACIST - "Filthy, mouth; and I

quote;

Now, look, in this "TRAILER Park, I'll tell you right Now;

{ A }. "White with "White, ...

{ B }. "BLACK, with "BLACK !!

{ C }, "Hispanic, with Hispanic !!

And, so on, and so on;, . Now, there is just absolutely, "NO - "WAY;

That, I can, get a "Fair "Trial,. Especially, in a court only a few mile(s), from

Where, alot, of her purported politician - buddies(s), and the like, reside,.

I, am a "Proud, "UNITED STATES, "Citizen  /  Constituent,.

And, I will not, be "Illegally - "UNCONSTITUTIONALLY - "COMPELLED,

To go, to "TRIAL, in these "UNITED STATES of "AMERICA,. Where my

"EQUAL - "PROTECTION(S), cannot, be rudimentary - like, standard - like,

Be legally "ENFORCED, nor "UPHELD,.                                    5

As a matter of law, under the law,. ..

In conclusion; I, have filed for IFP, status, due to I am truly

indigent,

And I do seriously, fit in the criteria, of, unfortunate; "Pauperus - status;

Under, the "Law,. ..


Please, review all of the document(s), that I have forwarded,. Including,

But "NOT - "Limited, to the "Suspect / "Questionable at "Best, former

Attorney, / barrister; Ms. Eileen M. Ford esq., / of the "Legal Service(s)

"Corporation, of DELAWARE Inc., of; 208  Governors Ave., Dover, Del.,

19904              PLEASE  TAKE  NOTICE; if a "FEDERAL - "CIVIL - "Suit;

For, at least 07, - Figure(s), ever arise(s),. I am almost "Positive, that

They may be "Vicarious - "Liabler'(s), Per se, . . Fact,.

Why, does everybody, want to handle, my person,. Like I am "NOBODY ?

Well, check, a Federal - "Appeal, in the Honorable; 05th Cir., of "Federal

"Appeal(s) ? If, you have the time,. "Yes, that was sorta - "Off, the "RECORD,

"But, I am just so, so ,so, "S\"SICK of

DISCRIMINATION(S), especially the "INVIDIOUS  / "Disparate - "Type,

That I alway(s),  seem  to  get totally  involuntarily - "STUCK - "IN;

X _Games C. Bell_____
                                  Mr. James C. Bell

LEGAL SERVICES CORPORATION OF DELAWARE, INC.

208 SOUTH GOVERNORS AVENUE

DOVER, DELAWARE 19904

TELEPHONE (302) 734-8820

TELECOPY (302) 734-8826

August 30, 2006

James Bell
POB 311
Felton DE 19943

Re:   J & J Mobile Home Park v. James Bell

Dear James:

Enclosed please find a clocked in copy of the Motion to Withdraw as Counsel that
was filed today.

If you have any questions, please call.

Sincerely,

Eileen M. Ford, Esquire

EMF/
Enclosure
File #06E-175

**IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY
COURT NO. 16**

J & J Mobile Home Park, Inc.                              :
                                                         :  CA #: J0607047816
                   Plaintiff,                            :
                                                         :
        Vs.                                              :
                                                         :
James-Sonny Bell                                         :
                                                         :
_____Defendant._____:

**MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT, JAMES SONNY BELL**

COMES NOW, Eileen M. Ford, Esquire of Legal Services Corporation of Delaware, Inc., (hereinafter referred to as "LSCD") to hereby move pursuant to J.P. Court R. 10 and Law. R. Prof. Conduct Rule 1.16 to withdraw as counsel for the above named Defendant and in support thereof states as follow:

1. LSCD entered their appearance on behalf of James Sonny Bell (hereinafter referred to as "Client") on August 10, 2006.

2. Based upon recent written and other communication from Client to LSCD, irreconcilable differences have arisen between attorney and client, whereby it has become abundantly clear that Client wishes to terminate the services of LSCD in the above matter. In addition, based upon this written and other communication there exist a fundamental difference between LSCD and Client which cannot be resolved.

3. LSCD has attempted to contact Client about the written communication however has received no response to date.

4. Law. R. Prof. Conduct 1.16 (a) (3) provides for a mandatory withdrawal of counsel upon termination by the client.

06-575

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
J ¾ J Trailer Park Inc. c/o President Ms. Judy Skinner Kent

### DEFENDANTS
James Sonny Black Kent

**(b)** County of Residence of First Listed Plaintiff _Kent_
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)
P.O. Box 371
Felton, Del, 19943-031

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  |  |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  | **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
|  | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 368 Asbestos Personal Injury Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 345 Marine Product Liability ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 195 Contract Product Liability | ☐ 350 Motor Vehicle ☐ 380 Other Personal Property Damage | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 355 Motor Vehicle Product Liability ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☐ 360 Other Personal Injury | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other ☐ 550 Civil Rights | | | |
|  | ☑ 440 Other Civil Rights ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☑ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 § 1331. § 1446. § 1443(1). § 1441(c).
Brief description of cause:
I cannot get a Fair-Trial. In the state - court. "Obloquy,"

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
Initially in (See instructions): JP Civil-court 16 Dover, Del.
JUDGE _____
DOCKET NUMBER J0607078|6

DATE 09-14-06
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___06 - 5 7 5___

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

___SEP 1   2006___               ___George Tramwell___
(Date forms issued)               (Signature of Party or their Representative)

                                  ___G. Geo. Tramwell___
                                  (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action