IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J & J MOBILE HOME PARK INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-575-SLR |
| | ) |
| JAMES SONNY BELL, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this ___ day of September, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge