# In the United States District Of "DELAWARE"



J & J Mobile Home Park, Inc.,
        Plaintiff,

06-575

-Against-



James Sonny Bell
        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Mr. James Sonny Bell Pro se   do hereby; File this;

## "NOTICE OF REMOVAL";

Due to; continued / continuing wrongful "Racial - Divisive" divide; / "Prohibited - "R A C I A L   -  "I M P L I C A T I O N(s);  .

I, truly feel as though that I cannot Receive a full - fair Inalienable - Equally, - Federally,  Protected  Constitutional Hearing in the inferior JP Court No. 16, of the 01st state, of DELAWARE,.


Dearest; Clerk, and  designated - elite - "Staff;

This, is a "N O T I C E   OF  "R E M O V A L; being - filed, by myself;

Mr. JAMES CHARLES BELL, Pro se,...

Now, here come(s), a disgruntled - citizen of these "UNITED STATES, Of "America,. "Filing, / and legally "Petitioning for;

THIS NOTICE OF "REMOVAL, as a matter, of "Law; Due, to the unquestioned, fact,. That, I, do not foresee, a fair, Impartial, state civil - court, proceeding,. Therefore, I am constitu-Tonally, filing this "REMOVAL - "Action,. Let it also, be known, that My former; "Fired, "TERMINATED superficial - "Transparent - so - called legal - "Counsel, Ms. Eileen M. Ford esq., of the "Notorious; "Legal "Service(s) Corporation, of The { 01 st }, state,... In, which, she only purported, to Fairly, uphold her; "Constitutional - "Fiduciary - duty,. That, was so, so, vitreous, / transparent - { SAME },. She, will be dealt with, "LEGALLY, Later,. If, I so choose, to possibly have her - "Vigorously - "Federally - "INVESTIGATED,. See; 28 U.S.C.A. SECTION 1985(3).

Re; The Lawful - Pendente lite jurisdiction, "FEDERAL - "Question Jurisdiction, of this court;

I, James Charles Bell, due hereby file this "Petition, for "REMOVAL, Here-under; the following rational basis test., / self - executing, Proximate justa caua(s)a(s);

2

Ally Guaranteed "Libertie(s), to be treated "Equal, in any 'Court, in these

"UNITED STATES, of "AMERICA,. "UNDER - "STATEMENT, . And since, I

Am / not / will / not; be "TREATED - "CONSTITUTIONALLY - "EQUAL,

In the "State of DELAWARE, Civil - J P - Court, No. 016,.

PLEASE File this "REMOVAL Here - Under;

{ 01 } . Title 28 U.S.C.A. Section 1446.

{ 02 } . Title 28 U.S.C.A. Section 1443(1). Yes, it is "Solely, / main-

Ly due to the "Color, of my "Skin,. That, I cannot get a "Fair state,

"Civil - Court, "Trial,. In, which - which, is truly, unindicative, with

The "Inalienable - "True - "Fundamental(s), of "Liberty, and "JUSTICE,.

Nor, is the fact; That, just recently, / suspiciously, a number, of;

"IRON - "CLAD, "Human "Relation(s), - "Complaint(s),. That were, very,

Very, viable, in nature,. "Filed, ( via ) a few, constituent(s), of the

J & J Trailer Park, in which, which is suspiciously - "OWNED; by way

Of; Ms. Judy Skinner,. In a nut shell, as I reiterate, just, in the

Last 7 - 10 day(s),. State of DELAWARE, viable - 'Complaint(s), against,

Ms. Judy Skinner,. Have; suspiciously - "BEEN - "DISMISSED, ?? { Sic },.

But, in fact, a fact,. Who, else is she capable, of cutting, a "DEAL -

"With, ?? Vel non, . ..

3

Vehement - "FEDERALLY Guaranteed "Libertie(s), to be treated "Equal, in any 'Court, in these

"UNITED STATES, of "AMERICA,. "UNDER - "STATEMENT, . And since, I Am / not / will / not; be "TREATED - "CONSTITUTIONALLY - "EQUAL, In the "State of DELAWARE, Civil - J P - Court, No. 016,.

PLEASE File this "REMOVAL Here - Under;

{ 01 }. Title 28 U.S.C.A. Section 1446.

{ 02 }. Title 28 U.S.C.A. Section 1443(1). Yes, it is "Solely, / main-Ly due to the "Color, of my "Skin,. That, I cannot get a "Fair state, "Civil - Court, "Trial,. In, which - which, is truly, unindicative, with The "Inalienable - "True - "Fundamental(s), of "Liberty, and "JUSTICE,. Nor, is the fact; That, just recently, / suspiciously, a number, of; "IRON - "CLAD, "Human "Relation(s), - "Complaint(s),. That were, very, Very, viable, in nature,. "Filed, ( via ) a few, constituent(s), of the J & J Trailer Park, in which, which is suspiciously - "OWNED; by way Of; Ms. Judy Skinner,. In a nut shell, as I reiterate, just, in the Last 7 - 10 day(s),. State of DELAWARE, viable - 'Complaint(s), against, Ms. Judy Skinner,. Have; suspiciously - "BEEN - "DISMISSED, ?? { Sic },. But, in fact, a fact,. Who, else is she capable,

4

of cutting, a "DEAL -

"With, ?? Vel non, . ..

{ 03 }. Title 42 U.S.C.A. Section 1985(3). "Yes, there is, and has Been, a "Big full blown, conspiracy,. To, "Wrongfully - "Heinously - "Deny, My "Person; Mr. James C. Bell, to enjoy, the "Liberty / "Libertie(s) of; The pursuit, of "Happiness, and the "American - way,.

An, example; of Ms. Judy Skinners, "RACIST - "Filthy, mouth; and I quote;

Now, look, in this "TRAILER Park, I'll tell you right Now;

{ A }. "White with "White, ...

{ B }. "BLACK, with "BLACK !!

{ C }, "Hispanic, with Hispanic !!

And, so on, and so on;, . Now, there is just absolutely, "NO - "WAY; That, I can, get a "Fair "Trial,. Especially, in a court only a few mile(s), from Where, alot, of her purported politician - buddies(s), and the like, reside,. I, am a "Proud, "UNITED STATES, "Citizen / Constituent,. And, I will not, be "Illegally - "UNCONSTITUTIONALLY - "COMPELLED, To go, to "TRIAL, in these "UNITED STATES of "AMERICA,. Where my "EQUAL - "PROTECTION(S), cannot, be rudimentary - like, standard - like, Be legally "ENFORCED, nor "UPHELD,.

5

As a matter of law, under the law,. ..

In conclusion; I, have filed for IFP, status, due to I am truly indigent,

And I do seriously, fit in the criteria, of, unfortunate; "Pauperus - status; Under, the "Law,. ..


Please, review all of the document(s), that I have forwarded,. Including, But "NOT - "Limited, to the "Suspect / "Questionable at "Best, former Attorney, / barrister; Ms. Eileen M. Ford esq., / of the "Legal Service(s) "Corporation, of DELAWARE Inc., of; 208 Governors Ave., Dover, Del., 19904        PLEASE TAKE NOTICE; if a "FEDERAL - "CIVIL - "Suit; For, at least 07, - Figure(s), ever arise(s),. I am almost "Positive, that They may be "Vicarious - "Liabler'(s), Per se, . . Fact,.

Why, does everybody, want to handle, my person,. Like I am "NOBODY ?

Well, check, a Federal - "Appeal, in the Honorable; 05th Cir., of "Federal "Appeal(s) ? If, you have the time,. "Yes, that was sorta - "Off, the "RECORD, "But, I am just so, so ,so, "S\"SICK of

DISCRIMINATION(S), especially the "INVIDIOUS / "Disparate - "Type, That I alway(s), seem to get totally involuntarily - "STUCK - "IN;

x *James Bell*                                          6

**LEGAL SERVICES CORPORATION OF DELAWARE, INC.**

208 SOUTH GOVERNORS AVENUE

DOVER, DELAWARE 19904

TELEPHONE (302) 734-8820

TELECOPY (302) 734-8826

Exhibit: " B "

**CLIENT'S COPY**

April 11, 2006

J & J Mobile Home Park
Attn: Judy Skinner
POB 276
Harrington DE 19952

Re: Lot 35: James Bell

Dear Ms. Skinner:

I received your letter dated April 7, 2006 on April 11, 2006.

Your letter and Mr. Bell's response have crossed in the mail. His response to your inquiries was sent out on April 10, 2006.

I would request that you reconsider your position upon receipt of the April 10, 2006 letter. Once again, Mr. Bell has done everything within his power to provide you with adequate assurances that he will be able to pay the rent for this lot. He has made the rent payment since December 2006 and you have accepted the rent payment. He reports that he has been informed by other tenants that they did not have to go through the same application requirements that you are making him go through.

Mr. Bell did not illegally move into the property. He was living there at the time his father passed away and was a legal occupant of the mobile home. He has tendered the rent to you under the terms and conditions of his deceased fathers lease and you have accepted said payments. Consequently, it would be my contention that he is either fulfilling the terms of the Alfred Bell lease and/or that a month to month tenancy has been created, which gives him rights in the property at this time.

I would request that you reconsider you denial of Mr. Bell as a tenant. His family has lived there since 1972 and he has shown his ability to pay the rent with his disability income.

If you have any questions, please do not hesitate to call.

Sincerely,

*Eileen Ford*

Eileen M. Ford, Esquire


EMF
CC: James Bell
File #06E-3000175


             Exhibit;   "   B   ",   .........

# Liguori, Morris & Yiengst

**Attorneys At Law**
46 The Green, Dover, Delaware 19901
(302) 678-9900 • Fax (302) 678-3008

Exhibit: " C "

James E. Liguori
Gregory A. Morris
Laura A. Yiengst

**CLIENT'S COPY**

August 28, 2006

VIA HAND DELIVERY

The Honorable Deborah Foor
Justice of the Peace Court 16
480 Bank Lane
Dover, DE 19904

**RE: J&J MOBILE HOMES PARK V. JAMES-SONNY BELL**
   **CA NO.: J0607047816 (RESPONSE TO MOTION FOR DISCOVERY)**

Dear Judge Foor,

    This should act as Plaintiff's Response to Defendant's Motion for Discovery which was filed with the Court on August 10, 2006. Plaintiff's respectfully objects to the request for discovery as it would not be in the interest of justice or judicial economy to allow discovery in this case.

    Justice of the Peace Rule 27 states the following: "Discovery is authorized in Superior Court Civil Rules 33, 34, and 36 <u>may</u> be permitted by the Court, upon motion, in the interest of justice or judicial economy."

    Defendant wishes to conduct discovery into the basis for the denial of James-Sonny Bell as a tenant.

    Plaintiff respectfully submits that the real basis for not allowing Defendant to become a tenant was due to the fact that Plaintiff previously obtained a default judgment against Defendant in 1995 in the amount of $5,792.00 plus Court costs and interest. (See JP 16 Documents attached as Exhibit "A") Defendant never paid anything on the judgment. Plaintiff respectfully informs the Court and the Defendant that this is the real reason his request to become a tenant was rejected. Therefore, Defendants request to inquire about other tenants income sources and other information concerning perspective tenants need not to be addressed at trial. Black letter law clearly provides that the purpose of discovery is to allow a party in a civil action to learn about the evidence which will be submitted by the other party and to eliminate the element of surprise. <u>Levy v. Stern</u>, 687 A2.d 573 (Del.1996). Based upon the factual assertions stated in this letter,

Defendant has now been put on notice that the reason for his rejection was because of the previous judgment obtained against him in 1995. Quite frankly, this reason alone is sufficient to reject his request to become a tenant in the same mobile home park just ten years later. It is also worth noting that 25 Del.C. §7022 was complied with by the Defendant and the former tenant. Defendant stated in his motion that he would not be able to present an adequate defense without the discovery requested in the motion. Plaintiff has now affirmatively set forth the substance of their claim so that Defendants Motion for Discovery to Inquire about his rejection is moot. It would not be in the interest of justice or judicial economy to allow the Defendant to conduct a fishing expedition into issues which will not be relevant at trial.

Wherefore, Plaintiff respectfully requests that this Honorable Court deny the Motion to Conduct Discovery in this case since it would not be in the interest of justice or judicial economy.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Gregory A. Morris

GAM/tlb
cc.   Eileen M. Ford, Esquire
      Judy Skinner

Exhibit;   " C "

06-575

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
J & J Trailer Park Inc.
c/o President Ms. Judy Skinner

(b) County of Residence of First Listed Plaintiff **Kent**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
James Sonny Bell

County of Residence of First Listed Defendant **Kent**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
P.O. Box 311
Felton, Del., 19943-0311

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☑ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☑ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 § 1331. § 1446. § 1443(1). § 1441(c).
Brief description of cause: I cannot get a Fair-Trial. In the state-Court. "Obloquy,"

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
initially in NJ (See instructions): JP Civil-Court #16 Dover, Del.
JUDGE James Bell
DOCKET NUMBER J0607078l6

DATE

SIGNATURE OF ATTORNEY OF RECORD
James Bell

### FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY
COURT NO. 16

| | | |
|---|---|---|
| J & J Mobile Home Park, Inc. | : | |
| Plaintiff, | : | CA #: J0607047816 |
| Vs. | : | |
| James-Sonny Bell | : | Exhibit: " F " for failed |
| Defendant | : | Fiduciary - dutie(s),. |

**MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT, JAMES SONNY BELL**

COMES NOW, Eileen M. Ford, Esquire of Legal Services Corporation of Delaware, Inc., (hereinafter referred to as "LSCD") to hereby move pursuant to J.P. Court R. 10 and Law. R. Prof. Conduct Rule 1.16 to withdraw as counsel for the above named Defendant and in support thereof states as follow:

1. LSCD entered their appearance on behalf of James Sonny Bell (hereinafter referred to as "Client") on August 10, 2006.

2. Based upon recent written and other communication from Client to LSCD, irreconcilable differences have arisen between attorney and client, whereby it has become abundantly clear that Client wishes to terminate the services of LSCD in the above matter. In addition, based upon this written and other communication there exist a fundamental difference between LSCD and Client which cannot be resolved.

3. LSCD has attempted to contact Client about the written communication however has received no response to date.

4. Law. R. Prof. Conduct 1.16 (a) (3) provides for a mandatory withdrawal of counsel upon termination by the client.

LEGAL SERVICES CORPORATION OF DELAWARE, INC.

208 SOUTH GOVERNORS AVENUE

DOVER, DELAWARE 19904

TELEPHONE (302) 734-8820

TELECOPY (302) 734-8826

<u>Exhibit;</u> " F "

For; "Failures, of
Fiduciary - "Duty,.. ...

August 30, 2006

James Bell
POB 311
Felton DE 19943

Re:   J & J Mobile Home Park v. James Bell

Dear James:

Enclosed please find a clocked in copy of the Motion to Withdraw as Counsel that was filed today.

If you have any questions, please call.

Sincerely,

Eileen Ford

Eileen M. Ford, Esquire

EMF/
Enclosure
File #06E-175

| | | |
|---|---|---|
| **SUSSEX OFFICE**<br>546 S. BEDFORD STREET<br>GEORGETOWN, DELAWARE 19947<br>TELEPHONE: (302) 856-5331 |  | **KENT OFFICE**<br>805 RIVER ROAD<br>DOVER, DELAWARE 19901<br>TELEPHONE: (302) 739-4567 |

**STATE OF DELAWARE**
**DEPARTMENT OF STATE**
**DIVISION OF HUMAN RELATIONS**
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801
TELEPHONE: (302) 577-5050

OFFICE OF THE
DIRECTOR

September 7, 2006

James Bell
P.O. Box 311
Felton, DE 19943

Re:   Bell v. J & J Mobile Home Park, et al
      Case No.: 03-06-0523-8 (HUD); K-H-1092-06 (State)

Dear Mr. Bell:

Your complaint alleging discriminatory housing practices was received, officially filed, and investigated beginning **June 2, 2006** under the Delaware Fair Housing Law. Enclosed please find the Determination in the above-referenced case.

The investigation has determined that no reasonable cause exists to believe that a discriminatory practice has occurred. Therefore, pursuant to 6 Del C § 4610(f) (3), this complaint is dismissed.

No further action will be taken by this agency in this complaint and it stands administratively closed on our records.

You still have the right to file a private civil action suit in court under 6 Del C§ 4613(a).

Sincerely,

*Juana Fuentes-Bowles*
Juana Fuentes-Bowles, Director
Division of Human Relations

NJM/aah

Enclosure

cc: Wanda Nieves, Regional Director, HUD FHEO

FORM:117:03A






7004 1350 0003 4608 8056

To: U.S. District of DELAWARE    Attn; "C L E R K"
844 King St.,
Lockbox 018
Wilmington, Dela., 19801 - 3519

JAMES KELL
P.O. Box 311
Felton, DE 19943

