James C. Bell    06-575    9-14-06

On Monday Sept 11, 2006 I receive my complaint that was dismissed on discrimination, prioer to the noticed Candice Huff notify me (James Bell), that she received a pachet with confidental information about my disability that I have about Myself. Also a paper saying my case was bogus on Sept 31, 2006 which was included with the pachet. James contact the Georgetown office trying to let Nichols Mirrors know about the pachet Mrs. Huff received about confidental information. Mr. Mirrors never contact me what so ever on this situation. But Mr. Mirror did contact Mrs. Huff, on Sept 12, 2006 concerning the pachet and about James Bell (contact Mrs. Huff # 302-335-5717).

FILED
OCT 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ro scanned

On July 18, 2006
My Fax Finding Hearing Mrs. Skinner
had a time fashion of ten days
to hand in a questionair from
Human Relation. Mr. Nichols Mirrors
Contact me at my resident
asking about did I hear from or
Seen Mrs. Judy Skinner. The
reason for Mr. Mirrors telephone
call to James Bell didn't have
another contact number for
Mrs. Skinner because their no
office in J.J Trailor Park. James or
Mr. Mirrors did not received
the questionair until the day
of Fax Finding Hearing, nor did
Mr. Mirrors question why the
questionair was not done in that
time frame or why was it
turned in on that day. It was
some false information on
that questionair from which
Mrs. Skinner answer. The papers
that James receive from

Human Relations, it is the individual responsability that if they were to move (changing addresses) or telephone number of some notice that it will be dismissed from Human Relations.

James Bell, asking a question only I just want to know why is it that Judy Skinner was able to turn her questionair in at her free-will or at her own convience. James fells though that Mr. Nichols Mirrors should of brought that situation to attention. only asking.

Also was told that Mrs Judy Skinner lawyer would not be there but he was there.

After the hearing was over Mrs. Skinner and her lawyer stayed in the room talking to Mr. Mirrors. If it was dismissed why for the Conversation?

Concerns about my Discrimation
Case being Dismissed.

James had more than enough
evidence, witness, and also
enough paper work to prove
that I was discrimated
against more than one time.
Mrs. Skinner have in her own
words on paper. "That Resident
Have To Take A BackGround
Check".
Lee Ann Cave Lot #44 Move
into J+J Trailor Park after
January 1, 2006. Lee Ann Cave
told James that she didn't
take a criminal background
check. Lee Ann Cave filed a
Complaint against Judy Skinner
at Human Relations at the
Dover office.
John also lives at J+J Trailor
Park Lot #44. John informed
James that he did not take
a background check and also

he only had a two page
application. He is a white man.
Erica Smith lives in J+J
Trailor Park Lot #11. That she
did not take a criminal
background check, and only a
two page application and
also a white lady.
kevin Guwell lives at lot# 3
tried to break in Barber Jean
Johnson trailor, she's a black
lady. Troop 3 came in arrest
him. It was complaint brought
to Mrs. Skinner about kevin
Guwell doing supicious things.
Example: looking in resident windows
late night.
Floyed who used to live at
Lot #5a but now at lot # 17
he's white and pull a gun on a
black teenager name Shelton
Morris. He was arrested and
not suppose to be in so many
feet of each other. Mrs. Skinner
knows all about that. Also

had a child molester, who
attack his granddaughter. And
Mrs. Skinner know all about
that because Mrs. Skinner
ash her ex-husband, lets try to
get Mr. Raymond Vinicent out
of jail. Mr. Skinner told James
Bell. Mr. Vinicent did time at
Smyrna Correctional Center until
move to Georgetown Correction
in served 3-5 years, he is also
white.

Carrie Wall who is the maintence
Man in J+J Trailor Park, he is
a white man. He have nine
people living in a three bedroom
trailor. only asking a question?
Will Mrs. Judy Skinner allow a
nine family "Black" live that
way?

A Ly on the questionair from
Mrs. Judy Skinner.
 The question was ask who
does the daily maintence in

J.J Trailor Park. The answer
that Mrs. Judy Skinner
answered was that she
does the maintence

There are five Maintence
people
Carrie walls
Kevin Guwell and his wife
Floyd
Raymond Vincent
      all which are white, no
blacks.

8

Mrs. Skinner told James that she heard that an old man and lady living with him. James states that was not true at all. James told Mrs. Skinner thats the problem with Mrs. Skinner listening to hear say.

James knows for a fact that Mrs. Skinner discriminated against him. The evidence and proof that James provided to Mr. Nichols Mirrors he did nothing but dismissed James case. James know for a fact that he has more witness and paper work that Mr. Mirror had worked on a case with less information than his own. The case was in Greenwood De at Smith's Resturant about a discrimination case.

*James Bell*

Judy Skinner knew James was
living with father before father
passing away (death). James
asked Mrs. Skinner for a lease.
Mrs. Skinner than said how are
you gone to pay rent. Because
every time I enter the park
your truck is in the yard. James
told Mrs. Skinner that he received
disability. Mrs. Skinner said yeah
right. From there James got
away. There was a couple of
people outside that heard
Mrs. Skinner say "people need to
be with their own national
color." Mrs. Skinner also said "black
is gone to live on one side of
the park and white on the other
side of the park." On the application
James received from Mrs. Skinner
asked what were My disability.
People in the park James spoke
with said their application didn't
asked what were their disability.
James knew that Mrs. Skinner sins

out James very unfair. James called the Georgetown office on Thursday September 7, 2006. The lady said I will receive information regarding my concern monday or Tuesday. Mrs. Skinner also had a problem because father taxes on mobile home wasn't current. So James paid the back taxes off Had mobile home change in James name. Mrs. Skinner still wasn't trying to get James a lease. Lot rent is paid to Mrs. Skinner each and every month on time. What is the problem? James knows too much dirt on Mrs. Skinner. James also told Mr. Mirrors. James was sitting in Mrs. Skinner truck with Mrs. Skinner. When Mrs. Skinner paid off the white lady for the pass of the water in J+J Trailor Park. James reported the lady to the office of drinking water environmental Health Specialist II. James use to work for Mrs. Skinner and exhusband

11

James Bell would like to
have all copies and paper
work of what was sent to the
director from Mr. Mirrors.

James Bell

James Bell

12

Ms. Judy Skinner

Have to know powerful people who work for the state. The reason is cause of the things ms. Skinner gets away with. James uncle Jimmie Hardee use to live in J.J. Trailor Park in lot #6. Jimmie took ms. Skinner to court for fruad. Ms. Skinner had to know someone at DMV to get a title made up for the trailor that Jimmie was living in. The tile was fruad ms. Skinner had someone at First National Bank to take out a loan for Jimmie. And that was fruad. Jimmie didn't take out a loan for that trailor in the park.

Mr. Nichols J. Mirror had left a message on James home answering machine for James to call him. But I James never return Mr. Mirror call on October 16, 2006.

13

Jimmie is just now receiving his settlement from Ms. Skinner in September 2006.

Just a question?
Is Ms. Skinner prejuiced against African americans because of her ex-husband James Skinner had married a African American. Just asking a question? Ms. Skinner charges the resident $135 for a washer. And its separated from the rent. And Ms. Skinner charges it on a monthly basic.? There's no water meter in the trailor Park. The Trailors has it own whole. Is Ms. Skinner turning in the money to the IRS. James would like to know? How did Ms. Huff receive James personal information in her pocket about James disability.

14

Kevin Guwell got caught numors of times by Dimrack by pumping out of the septicles of the grand at J.J Trailor Park. And residents called in to the Dimrack about Kevin pumping the septicles with a sub pump. in J.J Trailor Mobile Park. And Ms. Skinner knows very well because Kevin is her maintence man.



**U.S. Department of Housing and Urban Development**

Pennsylvania State Office
The Wanamaker Building
100 Penn Square East
Philadelphia, Pennsylvania  19107-3380

OCT 1 2 2006

James Bell
P.O. Box 311
Felton, DE  19493

Dear Complainant:

SUBJECT:  James Bell vs. J & J Mobile Home Park, et al.; 03-06-0523-8

This is to confirm action(s) taken by the Delaware Division of Human Relations on the subject complaint(s) of discriminatory housing practices. Specifically the agency has taken the action indicated by an "X" below:

(x)    Entered a finding of "no probable cause"
( )    Reached a pre-determination settlement
( )    Dismissed for lack of jurisdiction
( )    Complaint withdrawn without resolution
( )    Complaint withdrawn with resolution
( )    Unable to locate Complainant
( )    Unable to locate Respondent
( )    Dismissed complainant failed to proceed with investigation
( )    Successful conciliation
( )    Matter referred for public hearing (Conciliation Unsuccessful)
( )    Referred case to the Attorney General (Conciliation Unsuccessful)
( )    Other (Administrative hearing ended - discrimination
       found)

Accordingly, we are **closing** our files in this matter. Should you have any questions regarding the final determination, please do not hesitate to contact Janet Scott at (215) 656-0656 ext. 3272 or TTY at (215) 656-3450.

Sincerely,

Elaina Spina
Chief
Program Operations Branch
Office of Fair Housing & Equal
Opportunity

| Housing Discrimination Complaint | THE DIVISION OF HUMAN RELATIONS STATE OF DELAWARE |
|---|---|

**PLEASE TYPE OR PRINT THIS FORM – DO NOT WRITE IN THE SHADED AREAS**

THIS SECTION IS FOR STATE USE ONLY

NUMBER: K-H-1092-06   Jurisdiction:
☐ Yes   ☐ No
FILING DATE   6-2-06   ☐ Additional Info

| 1. Name of aggrieved person or organization (last name, first name, middle initial)(Mr., Mrs., Miss, Ms.) Bell, James C. | Home Phone (302) 284-2187 | Business Phone ( ) |
|---|---|---|

Street Address (city, county, state, and zip code)
**P.O. Box 311, Felton, Kent, DE 19943**

| Name of contact person (last name, first name, middle initial) (Mr., Mrs., Miss, Ms.) | Home Phone ( ) | Business Phone ( ) |
|---|---|---|

Street Address (city, county, state, and zip code)

| 2. Against whom is this complaint being filed? Name (last name, first name, middle initial) **Judy Skinner** | Phone Number (302) 424-6802 |
|---|---|

Street Address (city, county, state, and zip code)
**16746 Shawnee Place, Milford, Sussex, DE 19963**

Check the applicable box or boxes which describe(s) the party named above:
☐ Builder   ☒ Owner   ☐ Broker   ☐ Salesperson   ☒ Supt. Or Manager   ☐ Bank or Other Lender   ☐ Other

If you named an individual above who appeared to be acting for a company in this case, check this box ☒ and write the name and address of the company in this space

Name: **J & J Mobile Home Park, Inc.**   Address: **P.O. Box 276, Harrington, DE 19952**
Registered Agent: **Kathy Hundley, Agent, c/o The Incorporators, Ltd, 2979 Barley-Mill Rd Yorklyn, DE 19736**

Name and identify others (if any) you believe violated the law in this case:

3. What did the person you are complaining against do? Check all that apply and give the most recent date these act(s) occurred in block No. 6b below.
☒ Refused to rent, sell, or deal with you   ☐ Falsely denied housing was available   ☐ Engaged in blockbusting   ☐ Discriminated in broker's services
☒ Discriminated in the conditions or terms   ☐ Advertised in a discriminatory way or   ☐ Discriminated in financing   ☐ Intimidated, interfered, or coerced you
of sale, rental occupancy, or in services   made discriminatory statement   to keep you from the full benefit of the
or facilities   State and Federal Fair Housing Law
☐ Other (Explain)

4. Do you believe that were discriminated against because of your race, religion, familial status, age, color, marital status, creed, national origin, sex, handicap? Check all that apply:
☒ Race or Color   ☐ Religion   ☐ Sex   ☒ Disability   ☐ Familial Status   ☐ Age   ☐ Creed   ☐ Marital   ☐ National Origin
☒ Black   (Specify)   ☐ Male   ☐ Physical   ☐ Presence of children   (Specify)   (Specify)   Status   (Specify)
☐ White   ☐ Female   ☒ Mental   under 18 in the family
☐ Other   ☐ Pregnancy or pending
custody of a minor.

| 5. What kind of house or property was involved? ☐ Single-family house ☐ A house or building for 2, 3, or 4 families ☐ A building for 5 families or more ☒ Other, including vacant land held for residential use (Explain) Mobile Home | Did the owner live there? ☒ Yes ☐ No ☐ Unknown | Is the house or property: ☐ Being sold? ☒ Being rented? Land | What is the address of the house or property? (street, city, county, state, & zip code) **35 Skinner Ln Felton, DE 19943** |
|---|---|---|---|

6a. Summarize in your own words what happened. Use this space for a brief and concise statement of facts. Additional details may be submitted on an attachment. The Division of Human Relations will furnish a copy of the complaint to the person or organization against whom the complaint is made.

See Attached

6b. When did the act(s) checked in Item 3 occur? (Include the most recent date if several dates are involved) **December, 2005 & April 7, 2006**

| 7. I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct. Signature and Date: *James C Bell* | File Date: (Date Complaint was filed) 6-2-06 |
|---|---|

**FORM: 105-03A**

# Housing Discrimination Complaint

**U.S. Department of Housing and Urban Development**
Office of Fair Housing and Equal Opportunity

OMB Approval No. 2529-0011
(exp. 4/30/2001)

Please type or print this form

Public Reporting Burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Read this entire form and all the instructions carefully before completing. All questions should be answered. However, if you do not know the answer or if a question is not applicable, leave the question unanswered and fill out as much of the form as you can. Your complaint should be signed and dated. Where more than one individual or organization is filing the same complaint, and all information is the same, each additional individual or organization should complete boxes 1 and 7 of a separate complaint form and attach it to the original form. Complaints may be presented in person or mailed to the HUD State Office covering the State where the complaint arose (see list on back of form), or any local HUD Office, or to the Office of Fair Housing and Equal Opportunity, U.S. Department of HUD, Washington, D.C. 20410.

| This section is for HUD use only. | | | |
|---|---|---|---|
| **Number** | (Check the applicable box)<br>☐ Referral & Agency (specify) | **Jurisdiction**<br>☐ Yes ☐ No | **Signature of HUD personnel who established Jurisdiction** |
| **Filing Date** | ☐ Systemic<br>☐ Military Referral | ☐ Additional Info | |

| 1. Name of Aggrieved Person or Organization (last name, first name, middle initial) (Mr.,Mrs.,Miss,Ms.) | | Home Phone | Business Phone |
|---|---|---|---|
| Bell, James C. | | (302) 284-2187 | . |

Street Address (city, county, State & zip code)
P.O. Box 311, Felton, Kent, DE 19943

| 2. Against Whom is this complaint being filed? (last name, first name, middle initial) | Phone Number |
|---|---|
| Judy Skinner | (302) 424-6802 |

Street Address (city, county, State & zip code)
16746 Shawnee Place, Milford, Sussex, DE 19963

Check the applicable box or boxes which describe(s) the party named above:
☐ Builder  ☒ Owner  ☐ Broker  ☐ Salesperson  ☒ Supt. or Manager  ☐ Bank or Other Lender  ☐ Other

If you named an individual above who appeared to be acting for a company in this case, check this box ☒ and write the name and address of the company in this space:
Name: J & J Mobile Home Park, Inc.    Address   P.O. Box 276, Harrington, DE 19952
Reg. Agent: Kathy Hundley, c/o The Incorporators, Ltd., 2979

Name and identify others (if any) you believe violated the law in this case:
Barley-Mill Rd., Yorklyn, DE 19736

3. What did the person you are complaining against do? Check all that apply and give the most recent date these act(s) occurred in block No. 6a below.

☒ Refuse to rent, sell, or deal with you
☒ Discriminate in the conditions or terms of sale, rental occupancy, or in services or facilities
☐ Other (explain)

☐ Falsely deny housing was available
☐ Advertise in a discriminatory way

☐ Engage in blockbusting
☐ Discriminate in financing

☐ Discriminate in broker's services
☐ Intimidated, interfered, or coerced you to keep you from the full benefit of the Federal Fair Housing Law

4. Do you believe that you were discriminated against because of your race, color, religion, sex, handicap, the presence of children under 18, or a pregnant female in the family or your national origin? Check all that apply.

☒ Race or Color
☒ Black
☐ White
☐ Other

☐ Religion (specify)

☐ Sex
☐ Male
☐ Female

☒ Handicap
☐ Physical
☒ Mental

☐ Familial Status
☐ Presence of children under 18 in the family
☐ Pregnant female

☐ National Origin
☐ Hispanic
☐ Asian or Pacific Islander
☐ American Indian or Alaskan Native
☐ Other (specify)

| 5. What kind of house or property was involved? | Did the owner live there? | Is the house or property | What is the address of the house or property? |
|---|---|---|---|
| ☐ Single-family house | ☒ Yes | ☐ Being sold? | (street, city, county, State & zip code) |
| ☐ A house or building for 2, 3, or 4 families | ☐ No | ☒ Being rented? | 35 Skinner Ln. |
| ☐ A building for 5 families or more | ☐ Unknown | | Felton, DE 19943 |
| ☒ Other, including vacant land held for residential use (explain) Mobile Home | | Land | |

6. Summarize in your own words what happened. Use this space for a brief and concise statement of the facts. Additional details may be submitted on an attachment.
Note: HUD will furnish a copy of the complaint to the person or organization against whom the complaint is made.

SEE ATTACHED

6a. When did the act(s) checked in Item 3 occur? (Include the most recent date if several dates are involved)
December, 2005
& April 7, 2006

| 7. I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct. | Signature & Date<br>*James C. Bell 6-2-06* |
|---|---|

Previous edition, dated. 11/92, may not be used;
other editions may be used until stock is exhausted.

form HUD-903 (1/93)
ref Handbook 8024.1




U.S. POSTAGE PAID
FELTON DE
19943
DEC 23 06
AMOUNT
$0.63

JAMES BELL
P.O. Box 311
Felton, DE 19943

Office of the Clerk
United States District Court
844 N. King Street, lock box 18 #
Wilmington, DElaware 19801 - 3570

ATT. Hon Jude Sue L. Robinson



8/4/06

Please remember, you are all intelligent people. You have lived nicely in the past, and things get better. You do not need some one who does not even live in the park, to be your mouth piece, Call me as usual or see me in the park. Hasn't it always worked. Stop & think who benifits from the paper he is circulating. *It is really his battle*. He does not live here with a lease, as you do. If there are things you want & you haven't called me, do so. That was why the bikes were stopped for a short period. Working adults called because bikes were in the road. Take a look at why things change & call me. I don't just pick things out of the blue to be mean. Bikes are back of course, Problem left. I do everything I can to make J & J a safe place to live. And by the way. I have never-ever pumped sewage on to the ground. Think what would happen if I did! DENRC can tell you we don't. I surely Don't want to be shut down for good. I do not do things against you.    Trudy

only order person wins Here

Dear Resident    5/22/06

For the June payment, please be sure to mail this month, by the 3rd. I won't be available for you to hand it to me.
            Thanks  Judy Skinner

Attachment to State Housing Complaint
Bell v. J & J Mobile Home Park, Inc., et al
Page 2

6a. Summary:

I believe the Respondents, Judith Skinner and J & J Mobile Home Park, Inc., discriminated against me on the basis of my Race (Black) and mental disability (severe depression) in refusing to rent to me, and in the terms, conditions or privileges of leasing a lot which were withheld from me.

Specifically, I have been residing at this location for some time and upon my father's death, I became the sole tenant and owner of this mobile home by paying all the back taxes in late April, 2006. I have been paying the rent by money order since December 2006, which was accepted by Respondent and did previously request and fill out an application for a lease. Other tenants of different race informed me that my application requirements were more demanding than theirs; including Respondent's requesting a criminal background check and specific information regarding my disability and ability to pay the rent. By letter, dated April 7, 2006, I was informed that my application for residence was not approved. One of the reasons listed was that I illegally moved into the property. I was living there with the Respondent's knowledge, at the time my father passed away in late December, 2005, and continued to pay the rent by money order, as requested by the Respondent. I also obtained all information requested by the Respondent and became the owner of the mobile home in April, 2006. Finally, I requested reconsideration of Respondent's refusal to rent to me letter, on April 11, 2006, but have yet to hear any decision. I feel I was treated this way as a result of my race (Black) and my mental disability (severe depression).

_James C. Bell_
Signature

_6-2-06_
Date

**Subscribed and Sworn to** before me

this _2nd_ day of _June_, 2006.

_Shery C/aquette_
Notary Public

SHERYL A. PAQUETTE
Notary Public, State of Delaware
My Commission Expires August 03, 2008

J. Bell
6/16/06
Page Two

The Division of Human Relations Representative assigned to the complaint is Nicholas J. Mirro and in accordance with administrative procedure, the offer of a pre-determination *No-Fault Settlement* is made to the Respondent. Your fact-finding conference has been scheduled as:

> DATE: July 18, 2006
> TIME: 10:00 a.m.
> ADDRESS: Williams State Service Center
> 805 River Road
> Dover, DE 19901
> ROOM: 2nd Floor Conference Room

Please be assured these proceedings in this matter will be conducted with confidentiality, and feel free to contact the Human Relations Representative should you have any questions.

Sincerely,

*Juana Fuentes-Bowles*

Juana Fuentes-Bowles, Director
Division of Human Relations

NJM:aah

Enclosure: Copy of Complaint
Fact-Finding Brochures
Statute/Regulation

Cc:    File

**FORM:112:03A**

Mr. James C. Bell
P.O. Box 0311
Felton, Dela,. 19943 - 0311

Hon; Cj Sue L. Robinson
"United States District" for
The "District of DELAWARE"
844 N. King Street
Boggs Federal Building
Lockbox 31
Wilmington, Dela., 19801 - 3519

II. Acting Chief Magistrate of the
JP Court(s); Mr. Ernst Arndt
30A Parkway Circle
New, Castle, DE 19720 - 4077

JP - Court   NO.  16 Civil - Court
480 Bank Lane
Dover, Dela., 19904 - 3503

Dearest; All dignitarie(s), being written to; & commingled,.

I, Mr. James Charles Bell, the {Asaid}, apparent defendant; in

Active Pendente lite; Civil - Action No. J0607047816 filed in the

Honorable; JP Civil Court No. 16,. _____ .      I, am

simply - imploring {via} amicably importuning that I, am parting my way(s)

with my superficial only {smoke - screen}, of an official Vel non Attorney;

I do hereby immediately secede from; Ms. Eileen M. Ford esq., Del.

Supreme Court bar No. 02870

Due, to her "divisive - Racial" like divide connotation(s), and facial - Gesture(s),. For, instance just yesterday ! "Aug. 14th 2006 A former neighbor, I believe her lawyer is in the same office as Ms. Eileen M. Ford,.

## In a Nut - Shell;

Ms. Eileen M. Ford specifically Requested verbal answer(s) adversely to Question(s) such as did you get the information from James Bell (myself), to file against Judy Skinner ? My former neighbor's response was "No",. Her response & I Quote; I wrote my own letter to the "President" of the United States, about the "Invidious - Discrimination(s)" also Channel 16 - WBOC came to the J & J Trailer Park about complaint(s) against Judy Skinner; Per se

## Please Take Notice;

My former neighbor who saw, my former attorney Ms. Eileen M. Ford esq., on yesterday due to she was there to see an attorney who is in the same office with Ms. Eileen M. Ford  a Ms. Melissa esq. Per se At any Rate; Please put your seat - belt on, per se Ms. Candace my former neighbor,.   Her Husband Mr. Emmanuel a Hispanic came into the office,. Ms. Eileen M. Ford esq., made Ms. Candy's husband feel so so, so, belittled and futile,.

**2**

Ms. Candace / Candy's husband came into the law office(s) of; Legal Services Corporation of Delaware Inc.,   At their 208 South Governor's Avenue Dover, Del.,  Phone 302 - 734 - 8820 Ext. 0201,.  My point of fact;

Ms. Candy a white - lady, is married to a Hispanic; constitutional ? Yes !       However, when Ms. Candy / Candace had taken a little too long inside the Legal Services Corporation per se,.    Her husband Immanuel did constitutionally  come in,.  To see what the hold - up was,.

Now Hear me very - Well;   When, Mrs. Candy's husband came in a proud Hispanic, Fact; He truly felt totally futile when; Ms. Eileen M. Ford esq.,.  Totally sum him up with her eyes and wrongful gesture(s),. In fact her husband felt so out of place,. That he wanted to leave immediately,. Is Ms. Eileen M. Ford esq. Racist?

### Please Also be legally Advised;

A little while back; "Judy Skinner"  told this same couple; Candy & Emmanuel that

{01}. "Black's," should be with "Black's",. !!!!!!!                    **3**

{02}. "White's," should be with White's,." !!!!!

{03}. And "Hispanic's," should be with "Hispanic(s),."

## In Conclusion;

Ms. Eileen M. Ford esq., in my personal opinion and my family & close friend(s),. Do not believe that Ms. Ford would've even perpetrated the front of the superficial - legal continuance / discovery,. If it was not for a little phone call, of a friend of the family,. Who had heard of my recent jolt in being depressed. He solely / only left a amicable but to the point verbal message,. That would hopefully finally enlighten Ms. Eileen M. Ford to do her job ! Sorry, Ms. Ford esq., I am "Black, due to an act of; "GOD,. I had absolutely, " NO " choice, in the matter,. .....!

Update; She {Ms. Ford esq.,.} was suppose to have called me on yesterday;  08 - 14 - 06 pertaining to the status of this case,. I had been, also told, {Via} Ms. Ford esq.,. That this entire matter may be transferred to; "CCP" of "Kent - County,." She has yet again left me technically in the "dark,." I just wish I knew who side she was on, ? How - ever, if it please / please, the "Court, I wish to immediately separate, / secede from; my former purported "Barrister, Ms. Ford esq.,

**4**

Solely, Here - Under; "EQUAL - "JUSTICE, mandate(s), and

"INALIENABLE -

"Libertie(s), that I did inherit from birth, that Ms. Ford could care less

about,. I, need more time, to prepare,. And I am "Legally - Disabled, under

the law,. As, Judy Skinner, has shown, my "Disability info; to other, people

Who reside in the J & J Trailer Park,. She did it solely to make me look,

Stupid, per se. I just had / have a bout with "Depression, at time(s), per

se. From, previous "Proscribed / "Prohibited "INVIDIOUS -

"DISCRIMINATION(S), that which / which I am on "Disability for {Same},.

Cc;  Hon. U.S. Senator Joseph R. Biden                            Very Truly
     N.A.A.C.P. Chief Mr. Julian Bond of                             Your(s)
     Atlanta, Ga.  Office
     Hon. U.S. Senator Thomas R. Carper

                                                    X*James Bell*

                                                    Mr. James Bell

$08-15-06$

208 SOUTH GOVERNORS AVENUE

DOVER, DELAWARE 19904

Exhibit; " B "

TELEPHONE (302) 734-8820

TELECOPY (302) 734-8826

CLIENT'S COPY

April 11, 2006

J & J McClie Home Park
Attn: Judy Skinner
POB 276
Harrington DE 19952

Re: Lot 35: James Bell

Dear Ms. Skinner:

I received your letter dated April 7, 2006 on April 11, 2006.

Your letter and Mr. Bell's response have crossed in the mail. His response to
your inquiries was sent out on April 10, 2006.

I would request that you reconsider your position upon receipt of the April 10,
2006 letter. Once again, Mr. Bell has done everything within his power to
provide you with adequate assurances that he will be able to pay the rent for this
lot. He has made the rent payment since December 2006 and you have
accepted the rent payment. He reports that he has been informed by other
tenants that they did not have to go through the same application requirements
that you are making him go through.

Mr. Bell did not illegally move into the property. He was living there at the time
his father passed away and was a legal occupant of the mobile home. He has
tendered the rent to you under the terms and conditions of his deceased fathers
lease and you have accepted said payments. Consequently, it would be my
contention that he is either fulfilling the terms of the Alfred Bell lease and/or that
a month to-month tenancy has been created, which gives him rights in the
property at this time.

I would request that you reconsider you denial of Mr. Bell as a tenant. His family has lived there since 1972 and he has shown his ability to pay the rent with his disability income.

If you have any questions, please do not hesitate to call.

Sincerely,

Eilee Ford

Eileen M. Ford, Esquire

EMF
CC: James Bell
File #06E-3000175

Exhibit;    "    B    ",    . . . . . . . . .

# Legal Services Corporation of Delaware, Inc.
### 208 South Governors Avenue
### Dover, Delaware 19904

Telephone (302) 734-8820
Telecopy (302) 734-8826

March 28, 2006

James Bell
35 Skinner Lane
Felton DE 19943

Re:  J & J Park Application

Dear James:

Enclosed please find a copy of the letter dated March 23, 2006, that I received on
March 27, 2006.

You can see that Ms. Skinner is not budging on the application requirements.  She
wants you to submit the criminal report and other information set forth in the letter.  I
have no problem advising you to comply with the requirements, if you truly want to
remain in the park.  We can address the issue of fairness at a later date.  I do have a
problem with them asking for your bank statements.  They don't need your account
numbers, it is private information.

What efforts, if any,  have you made to borrow the money to payoff the taxes so that
the mobile home can be retitled in your name?

She is threatening to treat you as a trespasser if you do not vacate the property within
10 days because you don't have a lease.  The argument on your side would be that she
has accepted rent from you for the past 3 months and thereby has created a month-to-
month tenancy.  If she wants to evict you she will have to commence a summary
possession proceeding.  If you have changed any of the utilities into your name, keep a
copy of the bills handy, in case she calls the police.  If they see a bill with your name
and that address on it, they will probably be inclined to tell her to take it to court.

You will need to make an appointment so that we can discuss this matter is more detail.

I did receive a copy of the letter you sent to Senator Spector.  I can say that sending
these types of letters is not going to get you admitted into the mobile home park.  The
question I would have, is that if things are as bad as you say there, why do you want to

stay. If you expect to have our office continue to assist you in this matter, you cannot undermine my efforts by sending letters complaining about the park and the landlord. It just does not make sense.

Please call to schedule an appointment so that we can review this matter.

Sincerely,

Eileen Ford

Eileen M. Ford, Esquire

EMF/
Enclosure
File #06E-3000175

# J and J Mobile Home Park, Inc.
## Judy Skinner, President/Owner
P.O. Box 276
Harrington, DE   19952
302-424-6802

January 12, 2006

Alfred Bell
P.O. Box 311
Felton, DE   19943

RE: Lot 35, J&J Mobile Home Park, Felton, DE   19943

To Administrators of Mr. Bell's Estate;

I would like to convey my deepest sympathy on the passing of Mr. Bell.

With Mr. Bell's passing, there is no longer a lease on lot #35. Anyone planning to move into the trailer will need to complete an application that would hopefully result in a lease. If you are planning to move the trailer please give me at least 60 days notice.

The current bill each month is **$376.00**:
| | |
|---|---|
| $320.00 | lot rent |
| 21.00 | trash fee |
| 35.00 | washer |

On January 7, I received the money orders you sent on January 6 for $370.50. This payment was late but there will be no late charge this month, under the circumstances. It also did not cover the entire amount due but I will put the remainder on next month's bill.

As of 10/26/05, the Kent County taxes on this trailer were in arrears. The balance due as of that date was $1,032.15. This amount includes taxes, penalties, and interest. Penalty charges are added the first day of each month that they remain unpaid. Please make payment arrangements with the Kent County Receiver of Taxes immediately, as these taxes must be paid in order for the trailer to remain in the park. Prior to payment, you must check the current balance with that office, as additional penalty charges would have been applied since 10/26/05. You must provide me with a copy of the payment receipt or approved payment arrangement. Questions concerning your balance and payment arrangements should be directed to the office of the Kent County Receiver of Taxes at 744-2341, 414 Federal Street, Dover.

I would like to speak to the administrator of the estate. Please have her or him call me at 302-424-6802 any evening between 3:30 and 8:00.

This letter is being mailed as a Certificate of Mailing, U.S. 1st Class – Prepaid.

Yours truly,

*Judy Skinner*

Judith E. Skinner, President/Owner

J and J Mobile Home Park, Inc.
Judy Skinner, President/Owner
P.O. Box 276
Harrington, DE   19952
302-424-6802

January 17, 2006

Alfred Bell
P.O. Box 311
Felton, DE   19943

RE: Lot 35, J&J Mobile Home Park, Felton, DE   19943

To Administrators of Mr. Bell's Estate;

This is a 60-day termination notice. I would like you to make plans to remove Mr. Bell's trailer
from the park within 60 days. There is no lease and the unpaid taxes have been a continuing
problem for years. I will make other arrangements for the lot.

I would like to speak to the administrator of the estate. Please have her or him call me at 302-
424-6802 any evening between 3:30 and 8:00.

This letter is being mailed as a Certificate of Mailing, U.S. 1st Class – Prepaid.

Yours truly,

*Judy Skinner*

Judith E. Skinner, President/Owner

**J and J Mobile Home Park, Inc.**
16746 Shawnee Place                    Milford, Delaware 19963
302 - 424 - 6802

Executor of Alfred Bell's Will                    1/30/06
P.O. Box 311                                      Ref: Lot 35
Felton, De. 19943

During the 60 days before trailer removal,
lot rent is $320.00 per month + $21 trash + $35 washer
                                    Total = $376.00

Late fee for rent received after the
5th of the month is 5% or $18.80. It goes
into effect on the 6th day each month.

There is currently $6.50 left by Mr. Bell as he
paid a little short for a few months.

Feb is due on schedule
March will be reduced since the unit would
be removed before the month is out. I will not
charge you for days your unit is not in the park.
Let me know when you plan to remove it before
3/20 or on + I can have your final bill ready.
Mr. Bell had no security deposit of course, like
many of the older people.

                                    Yours truly,
                                    Judy Skinner

c.c. Devon #19
     Scott

4/3/06

**J and J Mobile Home Park Inc.**

JUDY SKINNER, PRESIDENT/OWNER

16746 Shawnee Place
Milford, DE 19963
(302) 424-6802 — 4p - 8p

Drugs Again,

There is a reason they Are in front of our place.
You Know the Age groups they target.

Dear Resident;

Re: Drug Dealers
And Trespassers

Early Friday evening 4 of the Criminal type, we so do Not want in a clean Community, were spotted in our weather shed, up front, hanging to the back, hoping to be unseen. when I put my lights on them, they cringed along the wall. They were not from our park. I called the Drug unit immediately. You can guess what they were there for. At very least, they were trespassing. And Deal

We never had a place for them to hide before I put the building in. You can all help try to retain it for the children. I'll take it out if it helps scum do business.

Keep watching it every time you go in + out. Shine your lights in it. We have no one older than 13 who legally goes in there now, And only school bus hours. If it looks suspicious call me or 911 you can always be confidential. There should be No Trespassing. Watch for unknown persons walking our street. Ask where they belong. If a tenant says they are a guest of theirs, that is o.k. You have the right to Know who is in your community. With out asking, you can watch where they go. If I am unavailable, go to Carry or Kevin, either can call 911.

Our community has been pretty good for a long time. Drughee now all of a sudden it may change. Try to figure out what n our Community may cause this to come back. Some times + is just that some of our children have reached their teens. however, that was not our problem in the past. It is more often young Adults. Some of you may already have a pretty good Idea. Any small bit of Info may be helpful to drug unit + to our community. I do Not tell where I get info. + you can also Call with No Name. Thanks for your help Keep our Community nice

Judy

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR KENT COUNTY
COURT NO. 16

CIVIL ACTION NO. J0607047816

COURT ADDRESS:
JP COURT 16
480 BANK LANE
DOVER, DE 19904
J&J MOBILE HOME PARK INC
        ----- VS -----
JAMES-SONNY BELL

JAMES-SONNY BELL
C/O EILEEN M. FORD, ESQ.
LEGAL SERVICES CORP. OF DE, INC
208 S. GOVERNORS AVE.
DOVER , DE 19904-

## NOTICE OF COURT ACTION

THE COURT HAS ENTERED A JUDGMENT OR ORDER IN THE
FOLLOWING FORM:

9/25/06 UPON REVIEW OF COMPLAINT FILED UNDER THE DELAWARE
FAIR HOUSING LAW, BY JAMES-SONNY BELL, THIS SHALL BE HEARD
PRIOR TO TRIAL WHICH IS SCHEDULED AT JP CT 16 ON 9/28/06 AT
9:00 A.M.

IT IS SO ORDERED THIS 25th DAY OF _Sept_, 2006

_____ (SEAL)
JUSTICE OF THE PEACE/COURT OFFICIAL

## NOTICE OF APPEAL RIGHTS

ANY PARTY HAS THE RIGHT TO APPEAL THE JUDGMENT OF THE JUSTICE OF
THE PEACE COURT TO THE COURT OF COMMON PLEAS OF THE ABOVE COUNTY
WITHIN 15 DAYS OF THE DAY OF JUDGMENT NOT COUNTING THAT DAY AS ONE.
IF THE JUDGMENT INVOLVES AN ACTION FOR SUMMARY POSSESSION IN A
LANDLORD/TENANT CASE, THEN THE APPEAL MUST BE FILED AT THE JUSTICE
OF THE PEACE COURT WHERE THE JUDGMENT WAS ORDERED WITHIN 5 DAYS
AFTER THE DAY OF JUDGMENT TO A THREE JUSTICE OF THE PEACE PANEL. YOU
MUST COMPLETE ALL OF THE APPEAL REQUIREMENTS WITHIN THOSE PERIODS.
TO PREVENT DISMISSAL, THE APPEAL MUST NAME ALL OF THE PARTIES AS
THEY WERE ORIGINALLY NAMED IN THE JUSTICE OF THE PEACE COURT ACTION.
(THIS APPLIES EVEN IF THE ACTION WAS DISMISSED IN THE JUSTICE OF THE
PEACE COURT AGAINST ONE OR MORE OF THE PARTIES.)   ADDITIONAL
INFORMATION ON APPEAL PROCEDURES IS FOUND IN THE ATTACHED SHEET
ENTITLED "JUSTICE OF THE PEACE COURTS CIVIL POST-JUDGMENT
PROCEDURES. (J.P. CIVIL FORM NO. 14A) IF NO APPEAL IS FILED, PARTIES
MAY REMOVE ALL EXHIBITS FROM THE COURT NO
SOONER THAN 16 DAYS AND NO LATER THAN 30 DAYS FROM THE DATE OF THIS
JUDGMENT.

## THE STATE HUMAN RELATIONS COMMISSION
## STATE OF DELAWARE

| | | |
|---|---|---|
| James C. Bell | ) | Case No.: K-H-1092-06 |
| | ) | |
| v. | ) | Code: |
| | ) | |
| Judy Skinner and | ) | |
| J&J Mobile Home Park, Inc. | ) | Case Basis: Race (Black) & |
| | ) | Mental Disability |

### QUESTIONNAIRE DIRECTED TO RESPONDENTS

## PLEASE COMPLETE AND RETURN TO THE DIVISION OF HUMAN RELATIONS WITHIN TEN (10) DAYS OF RECEIPT.

1. State the full legal name of the corporation or partnership, which owns the business known as J&J Mobile Home Park, Inc. (hereinafter referred to as "J&J"), located in Harrington, DE. If incorporated, the state of incorporation, and the registered agent's name and address. Indicate the names and titles of the principals.

2. Please give a concise description of the nature of the business conducted by J&J.

3. List all other businesses located in the State of Delaware held by said ownership.

4. Is J&J a franchised business? If so, please provide the legal name, address, and telephone number of the franchiser.

5. State the names and titles of the persons who managed the daily operation of the business in question. Please provide an employee work schedule indicating times and dates that employees were working at the business in question during the last week of December, 2005; on or about the first week of April, 2006; and at present. List each person by:

   a. full name
   b. job title and duty
   c. race
   d. shift worked

6. State the name and telephone number of the persons responsible for preparing the answers to this questionnaire.

7. Does J&J have a mission statement, goals and objectives that apply to customer service? If yes, please forward a written copy.

8. For security purposes, please state if J&J operates a surveillance camera system. If so, please state when and where the surveillance tape(s)/recording(s) for the month of December, 2005; on or about the first week of April, 2006; and at present.

9. Please explain to the best of your ability, your understanding of any laws with regards to providing equal housing or leasing to all prospective customers or clients.

Respondent's Questionnaire
Bell v. J & J Mobile Home Park, Inc., et al
Page 2

10. Please state whether J&J receives any type of State or Federal subsidies for housing or housing-related programs. If yes, then please describe each program and the source of each subsidy.

11. Please provide a copy of any existing policy regarding reasonable accommodations for any tenants at J&J.

12. If J&J managers, agents or employees are familiar with the Complainant, Mr. James Bell, with respect to this Complaint please have them describe, in a confidentially prepared and notarized statement, how they became familiar with the Complainant.

13. If you have not already done so, please provide a sworn or affirmed concise statement that responds to the circumstances alleged in the complaint of discrimination.

14. Please indicate whether any of the staff in the management office have received training in Fair Housing laws and provisions. If yes, please describe the following:

    a. date of training
    b. names of individuals(s) or agency(s) conducting the training(s)
    c. subject matter or topic(s) discussed at the training
    d. name(s) of employees in attendance

15. To the best of your knowledge and information, have others filed complaints of discrimination against J&J or its operators, management, agents, or officers within the last five years? If so, please describe the nature of the discrimination allegation and the status of the allegations.

16. Please provide us with a copy of Mr. Alfred Bell's lease and any other agreements, including any applications relating to Mr. James Bell.

17. Please describe what policy you follow regarding criminal background information and prospective or present tenants.

18. Please provide the present racial composition of J&J Mobile Home Park, Inc.

19. Please provide any other information that you feel would be useful in the investigation.

THE STATE HUMAN RELATIONS COMMISSION
STATE OF DELAWARE

| | | |
|---|---|---|
| James C. Bell | * | Case No.: K-H-1092-06 |
| | * | |
| v. | * | |
| | * | |
| Judy Skinner and J&J Mobile Home | * | Case Basis: Race (Black) & |
| Park, Inc. | * | Mental Disability |
| | * | |

## **RESPONDENT'S ANSWERS TO QUESTIONNAIRE**

1.   J&J Mobile Home Park Inc.; incorporated in the State of Delaware;

Incorporators LTD is the registered agent, 2979 Barley Mill Rd, Yorkland, DE

19736.

2.   Mobile Home Park.

3.   Three (3) resident apartments.

4.   Not applicable.

5.   Judy Skinner.

6.   Judy Skinner 16746 Shawnee Place, Milford, DE 19963. 424-6802.

7.   No written materials.

8.   None.

9.   Respondents understand that they cannot discriminate against any person

because of age, sex, race, religion or disability.

10.   Two (2) tenants are Section 8 housing.

11.   No written policy.

12.   In process of getting such statements.

13.   Attached as Exhibit "A"

14.    Judy Skinner attended numerous training sessions through the years. Dates
       unknown at this time.

15.    None ever.

16.    Applications as Exhibit "B"

17.    All applicants (unless personally known to corporation for extended period of
       time) are required to secure a criminal background report from Delaware State
       Police and provide the same to Respondents. This policy has been in effect
       since January 1, 2006.

18.    Afro-American 79, Caucasian 39, Hispanic 7, three households are mixed.

19.    See answers above.

                                              **LIGUORI MORRIS & YIENGST**


                                              **GREGORY A. MORRIS, ESQ.**
                                              46 The Green
                                              Dover, DE 19901
                                              (302)678-9900
                                              Attorney for Respondent

## THE STATE HUMAN RELATIONS COMMISSION
## STATE OF DELAWARE

| | | |
|---|---|---|
| James C. Bell | ) | Case No.: _K-H-1092-06___ |
| | ) | |
| | ) | HUD No.: _____ |
| v. | ) | |
| | ) | Code: _____ |
| | ) | |
| J & J Mobile Home Park, Inc., et al | ) | Case Basis: _Race(Black);___ |
| | ) | Mental Disability _ |

## VERIFICATION

**The undersigned authorized agent of Respondent declares under penalty of perjury that
the information and responses set forth in the foregoing questionnaire are true and correct.**

Respondent

___7/17/06___                    By: _Judith E Skinner_
Date                                   Authorized Agent

# EXHIBIT "A"

J & J Mobile Home Park

by Judith E. Skinner (owner) (President):

RE: Additional information that responds to Question # 13:

Paragraph # 1 total denied with no basis in fact as alledged.

Para # 2 line 2. Mr. James Bell has not been (recently was formerly at another site) a "tenant" on the site.

Further all monies received are presumed originate and are credited to the Estate of Alfred Bell. Contact Complaintant's attorney for documents involved.

I have no way of responding to what other tenants (site or rental) may have informed him of.

We have never received any information regarding what his disability may be, except on the application. Same was not confirmed. See decline letter).

J & J was not knowledgeable as to his "residence" at the home of former resident Alfred Bell. Aware he was there not "residing" there.

J & J Never asked Mr. Bell to pay rent as was not a tenant.

All requests for determination made, these are in the hands of his counsel to whom all responses were made after his retaining of same became known to J & J.

Last line is idiotic. It would seem that if a cause was valid his attorney would have brought forth an action within the 6 months + or - this has been going on.

See appropriate sections of 25 Del Chapter 70 regarding pro cess for transfer of mobile home (sale and or transfer).

# EXHIBIT "B"

# Rental Application    J & J Mobile Home Park, Inc.

Application fee is $45.00 per applicant.

Applicant must provide: 1) a current Delaware State Police criminal history and 2) proof of
    employment and salary.
No pets are permitted.

If additional space is needed on application, please us additional space on reverse side

## Personal Information - Applicant

Date  3-4-06                            Interviewed by _____

Name of Applicant  JAmeS BELL                  Date of Birth  4-21-1968

Have you previously or are you now known by any other name(s)?  ___ Yes  ✓ No
If yes, list name(s).  _____

Telephone Nos. Home     None          Work _____    Cell _____

Social Sec. No.  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            Driver's License No. _____

Present Address    35  Skinner  Lane
                   Felton  DE   19943
                   20697  Wilson Farm Rd
Most Recent Prior Address    7 BRIDGEVILLE DE

How long have you lived at present address? 3 months and off  How long did you live at prior address?  7 yrs
With whom do you live? current X                    Relationship  Sibling Diane Reed

Prior Landlord  none                              Telephone No. _____

How many will be living in this unit?        Adults  one            Children  none

Employer/Address/Phone _____            Occupation _____

Current Salary  $ 717 month  Social Security Disability      How long? _____
Supervisor's name/phone no. _____

## Bank Information - Applicant

Bank Name    Citizens Bank                        Branch _____
Telephone No. _____    Address  Milford DE

Checking Account No. _____
Savings Account No. _____

J&J Mobile Home Park, Inc.                    page 1 of 5

## Personal References – Applicant

| Name | Relationship | Telephone No. |
|---|---|---|
| Greg Bell | brother | 302-674-4890 |
| Don Bell | brother | 632-2295 |
| Carrie Harris | cousin | in PK lot #27 |

## Credit References - Applicant (list current creditors first)

| Credit Grantor & Type of Credit | Address | Telephone No. |
|---|---|---|
| | | |
| | | |
| | | |

## Other Information - Applicant

Number of vehicles (including company vehicles) – if trucks, include weight _____

Make/Model/Year _92 Dodge pick up truck blue_  Owner on title: _me_
Color _blue_   Tag No. _C 21264_   State _DE_

Make/Model/Year _____  Owner on title: _____
Color _____  Tag No. _____  State _____

Make/Model/Year _____  Owner on title: _____
Color _____  Tag No. _____  State _____

## Have You Ever:

Filed for bankruptcy?  _____ Yes  _X_ No  If yes, when? _____

Been served an eviction notice or been asked to vacate a property you were renting?  ___ Yes  _X_ No

Willfully or intentionally refused to pay rent when due?  ___ Yes  _X_ No
  If yes, explain? _____

Been convicted of any misdemeanor or felony?  ___ Yes  _X_ No  If yes, explain _____

In the past 2 years have you or are you currently using a controlled substance? ___ Yes  _X_ No

Are you a U.S. citizen or are you properly documented? _X_ Yes ___ No

**Personal Information – Co-applicant**

Date _____ Interviewed by _____

Name of Co-applicant _____ Date of Birth _____

Have you previously or are you now known by any other name(s)? ___ Yes ___ No
If yes, list name(s). _____

Telephone Nos. Home _____ Work _____ Cell _____

Social Sec. No. _____ Driver's License No. _____

Present Address _____
_____

Most Recent Prior Address _____
_____

How long have you lived at present address? _____ How long did you live at prior address? _____
With whom do you live? _____ Relationship _____

Prior Landlord _____ Telephone No. _____

How many will be living in this unit?    Adults _____    Children _____

Employer/Address/Phone _____ Occupation _____

Current Salary _____ How long? _____
Supervisor's name/phone no. _____

**Bank Information – Co-applicant**

Bank Name _____ Branch _____
Telephone No. _____ Address _____

Checking Account No. _____
Savings Account No. _____

**Personal References – Co-applicant**

| Name | Relationship | Telephone No. |
|------|--------------|---------------|
|      |              |               |
|      |              |               |
|      |              |               |

J&J Mobile Home Park, Inc.                    page 3 of 5

**Credit References – Co-applicant** (list current creditors first)

| Credit Grantor & Type of Credit | Address | Telephone No. |
|---|---|---|
| | | |
| | | |
| | | |

## Other Information – Co-applicant

Number of vehicles (including company vehicles) – if trucks, include weight _____

Make/Model/Year _____ Owner on title: _____
Color _____ Tag No. _____ State _____

Make/Model/Year _____ Owner on title: _____
Color _____ Tag No. _____ State _____

Make/Model/Year _____ Owner on title: _____
Color _____ Tag No. _____ State _____

**Have You Ever:**

Filed for bankruptcy? _____ Yes _____ No  If yes, when? _____

Been served an eviction notice or been asked to vacate a property you were renting? ____ Yes ____ No

Willfully or intentionally refused to pay rent when due? ___ Yes ___ No
If yes, explain? _____

Been convicted of any misdemeanor or felony? ___ Yes ___ No  If yes, explain _____

In the past 2 years have you or are you currently using a controlled substance? ___ Yes ___ No

Are you a U.S. citizen or are you properly documented? ____ Yes ____ No

## Both Applicant and Co-applicant

J & J Mobile Home Park, Inc. is located in the country in a farming area.
The furnace for this unit uses *Propane* for fuel. Will this adversely affect anyone who will be living in this unit? ___ Yes ✗ No

Do you or does anyone who will be living with you have any health problems that would limit your/ their ability to live in this home or mobile home park? ___ Yes ✗ No  If yes, explain _____

I/We, the undersigned, am/are fully aware that J & J Mobile Home Park, Inc. is located in the country in a farming area and uses _____ for fuel.

_James Bell_____     _8-4-06____     _____
Applicant's Signature                       Date            Co-Applicant's Signature                  Date

How were you referred to us? _Family has been liver in pk since 1973 30 + yrs_

Rental unit applied for _lot 35 father mother trailer____ Rent/Month _____
Commencement date requested _____ Security Deposit required _____

Are you applying to have a clothes washer in this home or on this lot? ___ Yes  ✗ No

## Acknowledgment

I/We, the undersigned, understand that Judith Skinner is the representative for J & J Mobile Home Park, Inc. and that the application fees will be paid by the applicant(s). The undersigned acknowledge that this written notice was received prior to the undersigned receiving a lease agreement.

_James Bell_____     _8-4-06____     _____
Applicant's Signature                       Date            Co-Applicant's Signature                  Date

## Consent to Obtain Credit/Employment Information

I/We authorize Judith Skinner and/or J & J Mobile Home Park, Inc. administrative representatives to investigate my/our financial, residency, personal, and criminal qualifications and hereby release, in any manner, all of the information obtained by you. I/We further release all persons, agencies, or firms from any liabilities resulting from providing such information.

The undersigned authorizes landlord, leasing agent, and representatives of owner/landlord to contact the undersigned's current or previous landlord, and current employer, and further, by a copy of this Application, authorizes any said landlord or employer to release pertinent residential and employment history information to be used in evaluating my lease application. I further authorize owner/landlord, leasing agent or its representatives to apply for or obtain an investigation or credit report in connection with this application. I understand that said investigation or credit report may contain information obtained from various state governmental and private entities relative to the undersigned's number of children, employment, occupation, general health, financial and criminal history information.

I/We declare under penalty of perjury that the information listed in this application is true and correct.

Executed on this _10_ day of _Navin_____, 20_06_, in the city of Felton, state of Delaware.

_James Bell_____     _8-406____     _____
Applicant's Signature                       Date            Co-Applicant's Signature                  Date

J and J Mobile Home Park, Inc.
Judy Skinner, President/Owner
P.O. Box 276
Harrington, Delaware 19952
302-424-6802

*April 7, 2006*

*Mr. James Bell*
*c/o Legal Svcs Corp. of DE, Inc.*
*208 S. Governors Ave*
*Dover, DE 19904*
*attn: Ms. Eileen Ford, attorney at Law*

Dear *Mr. Bell*:

I regret that J & J Mobile Home Park, Inc. is unable to approve your application for residence at this time. This determination is based upon the following items (as checked):

☒ Incomplete application (may include non-payment of application fee, if noted)
☒ Insufficient residence history
☐ Unable to verify residence or history
☐ Unable to verify residence history
☐ Unsatisfactory landlord reference(s)
☒ Insufficient employment history
☐ Short term employment

☐ Seasonal or non-continuing employment
☒ Insufficient income *(see letter of 3/23/06)*
☒ Sufficiently obligated
☒ Unable to verify income
☒ Insufficient credit history
☐ Adverse credit history
☒ Mobile home does not qualify for placement *retention (the title work)*

☒ Other, as noted: *Criminal report and violation of moving in without a lease (see my letter of March 23, 2006).*

The above may be the result of investigations, credit and or criminal reports, or other sources. If so, the below sources of this information are noted.

_____

_____

If the information received is in error J & J Mobile Home Park, Inc. will consider corrected or amended information.

If information changes, we shall be pleased to consider a revised or new application at a later date.

*Per my last letter & appropriate regulation, this decision is based upon information received - reply requirement to reply within time frame.*

Yours truly,

*Judith Skinner* C.H.

Judith Skinner, Owner/President
J & J Mobile Home Park, Inc.

cc: applicant file

J and J Mobile Home Park, Inc.
Judy Skinner, President/Owner
P.O. Box 276
Harrington, Delaware 19952
302-424-6802

May 17, 2006

Mr. James Bell
c/o Legal Services Corp. of DE, Inc.
Attn: Ms. Eileen Ford, Attorney at Law
208 S. Governors Ave.
Dover, DE   19904

Dear Mr. Bell:

I regret that J & J Mobile Home Park, Inc. is unable to approve you
residence at this time. This determination is based upon the follow          ):

☑ Incomplete application (may include          ☐ Seaso
non-payment of application fee, if                   empl
noted)                                                           ☑ Insu
☑ Insufficient residence history                    ☑ Sufficie...
☑ Unable to verify residence or history      ☑ Unable to verity ...
☐ Unable to verify residence history          ☑ Insufficient credit history
☐ Unsatisfactory landlord reference(s)      ☐ Adverse credit history
☑ Insufficient employment history             ☑ Mobile home does not qualify for
☐ Short term employment                              placement
☑ Other, as noted:
   Violation of moving in without a lease.
   Previously evicted from this Park.

The above may be the result of investigations, credit and or criminal reports, or other
sources. If so, the below sources of this information are noted.

If the information received is in error J & J Mobile Home Park, Inc. will consider corrected
or amended information. If information changes, we shall be pleased to consider a revised or
new application at a later date.

Yours truly,
Judy Skinner ch

Judith Skinner, Owner/President
J & J Mobile Home Park, Inc.

cc: applicant file

THE STATE HUMAN RELATIONS COMMISSION
STATE OF DELAWARE

| | | |
|---|---|---|
| James C. Bell | * | Case No.: K-H-1092-06 |
| | * | |
| v. | * | |
| | * | |
| Judy Skinner and J&J Mobile Home | * | Case Basis: Race (Black) & |
| Park, Inc. | * | Mental Disability |
| | * | |

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that I have caused copies of the foregoing

Respondents Answer to Questionnaire to be served upon:

James C. Bell
P.O. Box 311
Felton, DE 19943

Via U.S. Postal Service on this __17__ day of __July__, 2006.

**LIGUORI, MORRIS & YIENGST**

**GREGORY A. MORRIS, ESQUIRE**
46 The Green
Dover, DE 19901
(302) 678-9900
Attorney for Respondent