

06-575

FILED
OCT 24 2006
U.S. DIST
DISTRICT OF

RD scanned

Hon. Judge Sue L. Robinson

James is very very sorry this information goes along with 10-20-06 information.

Lot #48 Tina Hughes advise James that she been a resident out to J.J Mobile Trailor Park for 8 years. And has not have a lease. Mrs. Hughes son is the child that ms. Skinner maintance man race white is the adult that pulled the gun out on Mrs. Hughes son. Mrs. Hughes race is African American.

Lot #47 is also a resident in

at the James Williams building the Divison of Human Relations. a long with mrs. Hughes.

Lot #34 has also been a resident for 13 years race African American Male name Pete does not have a lease.

It seems office suspices its less than 50 trailers ocuppy in J.J Mobile Home Park. and

1

Mrs. Skinner and Mr. Skinner was married at the time that Mr. Skinner was going with a black african american lady name Faye. She use to live in lot 11 at J.J Trailor Park. Mrs. Skinner found out in went to the resident. She approach Faye about what she heard. Mrs. Skinner told James that if I was to go to court in testify that James seen Faye smack Mrs. Skinner in the face. and she would pay James whatever it had cost to testify. James didn't see anything but he had heard what had happen

Mrs. Skinner turned her retirement center into apartments that she rents out.

Just a Question?
Is their any black african american that resolve in the apartments?

very Truelly

James Bell

| )9/30/2006 | Agency: Troop 3 State Police | | Complaint: 03-06-034847 |
|---|---|---|---|
| | Field Service Report | | Occurred: SAT 09/30/2006 1000 |

elton, DE 19943

| County Kent | Domestic Related ☐Yes ☒No | 4-F-14 Sent? ☐Yes ☒No | Gen Broadcast Sent? ☐Yes ☒No |
|---|---|---|---|

## Crimes and Associated Information

| ite | Crime Description | | |
|---|---|---|---|
| | Status | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |

e Code
)6 - Public Assistance

## Witness Information

| ted | Name BELL, JAMES | | Sex Unknown | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| | | Home Telephone    Cell Phone | | | | |

## Investigative Narrative

he above location in regards to a public assistance. Upon arrival the rp
vehicle was damaged by a child that was doing tricks on his bicycle. He
hat the child lives around the corner, however he and the boys father do not
Bell stated that he wanted the damage caused by the child paid for by the
s a result, I responded to 3 Skinner Lane where I spoke with the mother of the
ated that upon receiving an estimate for the damage, she would pay for the
ed that information to the rp and he stated that he was satisfied.

04:47 PM                                              Job Number:

**FINISH LINE COLLISION CENTER INC.**
QUALITY IS PRICELESS !
9901 SOUTH DUPONT HWY
FELTON, DE 19943
(302)284-8177  Fax: (302)284-1500

**PRELIMINARY ESTIMATE**

Written By: CHRIS LEGG
         Adjuster:

| | |
|---|---|
| ES BELL | **Claim #** |
| ES BELL | **Policy #** |
| 35 SKINNER LANE | **Deductible:** |
| TON, DE 19943 | **Date of Loss:** |
| 2)284-2187 | **Type of Loss:** |
| | **Point of Impact:** 9. Left T-Bone (Le |

ISH LINE COLLISION CENTER INC        **Business:** (302)284-8177
1 SOUTH DUPONT HWY
TON, DE 19943


                                          Days to Repair

0 4X2 SWEPTLINE 6-3.9L-FI 2D LONG BLUE Int:
8N5622498 **Lic:**            **Prod Date:**         **Odometer:**
         Dual Mirrors              Clear Coat Paint
g        Power Brakes              AM Radio
         Stereo                    Anti-Lock Brakes (2)
mission
---
OP.         DESCRIPTION                QTY EXT. PRICE LABOR    PAINT
---
        DOOR

```
: 04:47 PM                                      Job Number:


                       PRELIMINARY ESTIMATE
992 DODG D150 4X2 SWEPTLINE 6-3.9L-FI 2D LONG BLUE Int:

         Parts                                              8.50
         Body Labor            7.3 hrs @ $ 40.00/hr       292.00
         Paint Labor           6.0 hrs @ $ 40.00/hr       240.00
         Paint Supplies        6.0 hrs @ $ 24.00/hr       144.00
         Body Supplies         6.0 hrs @ $  2.00/hr        12.00
         ------------------------------------------------------
         SUBTOTAL                                     $   696.50
         ------------------------------------------------------
         GRAND TOTAL                                  $   696.50
```

STIMATE "ONLY". WE CAN NOT PREDICT ANY UNFORESEEN OR HIDDEN
RE MAY BE ADDITIONAL DAMAGES FOUND AFTER DIS-ASSEMBLY OF YOUR
1 WILL REQUIRE A SUPPLEMENTAL ESTIMATE. ALSO PARTS PRICES ARE
HANGE.

COLLISION WILL MAKE EVERY ATTEMPT TO REPAIR YOUR VEHICLE AS
AS POSSIBLE, HOWEVER WE CAN NOT PREDICT NOR CONTROL DELAYS DUE TO
BILITY, INSURANCE APPROVAL'S , ECT. DUE TO THIS WE CAN NOT
COMPLETION DATE ON YOUR REPAIRS, HOWEVER WE WILL KEEP YOU INFORMED
ESS OF YOUR VEHICLE.


WARRANTS OUR WORKMANSHIP ON BODY AND PAINT FOR AS LONG AS YOU OWN
  PARTS ARE WARRANTED FOR 1 YEAR FROM INVOICE PURCHASE DATE.


 AGAINST RUST WHERE RUST WAS EVIDENT BEFORE OR DURING THE REPAIR



R CHOOSING FINISH LINE COLLISION !


HO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY
IS A STATEMENT OF CLAIM CONTAINING ANY FALSE, INCOMPLETE OR
IFORMATION IS GUILTY OF A FELONY.

: 04:47 PM                                           Job Number:

## PRELIMINARY ESTIMATE
'92 DODG D150 4X2 SWEPTLINE 6-3.9L-FI 2D LONG BLUE Int:

on MOTOR CRASH ESTIMATING GUIDE. Unless otherwise noted all items are derived
E3TA90 Database Date 08/2006, CCC Data Date 08/2006, and the parts selected are
ctured by the vehicles Original Equipment Manufacturer. OEM parts are available
alerships. OPT OEM (Optional OEM) parts are OEM parts that may be provided by or
e sources other than the OE/Vehicle dealerships. OPT OEM parts may reflect some
ecial, or unique pricing or discount. Asterisk (*) or Double Asterisk (**)
the parts and/or labor information provided by MOTOR may have been modified or
om an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included
s. Non-Original Equipment Manufacturer aftermarket parts are described as AM,
or Comp Repl Parts which stands for Competitive Replacement Parts. Used parts
as LKQ, Qual Recy Parts, RCY, or USED. Reconditioned parts are described as
d parts are described as Recore. NAGS Part Numbers and Benchmark Prices are
onal Auto Glass Specifications. Labor operation times listed on the line with
tion are MOTOR suggested labor operation times. NAGS labor operation times are
ound sign (#) items indicate manual entries. Some 2006 vehicles contain minor
e previous year. For those vehicles, prior to receiving updated data from the
turer, labor and parts data from the previous year may be used. The Pathways
a complete list of applicable vehicles. Parts numbers and prices should be
                 confirmed with the local dealership.

   CCC Pathways - A product of CCC Information Services Inc.

*Wall*

**Sheryl Winsby, Ph.D.**
Psychologist

200 Foster St.
Milford, DE 19963
(302) 422-3113

E-mail: Sheryl@Winsby.com
www.dcanet/member/winsby
Fax: (302) 424-3922

---

M _____

HAS AN APPOINTMENT

☐ MON  ☐ TUES  ☐ WED  ☐ THURS  ☒ FRI  ☐ SAT

DATE: 8/4

AT 2:00  ☐ AM  ☐ PM

THIS TIME HAS BEEN RESERVED FOR YOU. PLEASE GIVE 24 HOUR NOTICE IF YOU CANNOT KEEP THIS APPOINTMENT.



U.S. POSTA
PAID
FELTON.DE
19943
OCT 23, 06
0005175-0
19801

AMOUNT
$0.63

JAMES BELL
P.O. Box 311
Felton, DE 19943

Office of the Clerk
United States District Court
844 N. King Street, lock box 18#
Wilmington, DElaware 19801-3570

ATT. Hon Jusde Sue L. Robinson