# In the United States District Of "DELAWARE"

J & J Mobile Home Park, Inc.,
          Plaintiff,

Civil Action No. ___06-575 SLR___

-Against-

28 U.S.C. Section 1331.

James Sonny Bell
          Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now,   here is Mr. James S.   Bell verifying this;

## "Proof of Service;"

## Of the;

## "Notice of Appeal"

I have mailed as listed Notice of; "Notice of Appeal to Ms. Judy

E. Skinner's apparent Legal - Counsel

See;  U.S. Postal Service'(s) Certified Mail No.

**7005 3110 0003 3631 7354**   .



Also; Notice of Appeal was sent to this Honorable Federally Owned & Operated Court of Law; See U.S. Postal Service(s) Certified Mail No. **7005 3110 0003 3631 7347** .

Please Send paper - work for "IFP",. I am indigent and a viable pauper looking for Real, Just, - Constitutional; **" J U S T I C E"** under the Law(s); .

Sincerly

Truly

Your(s)

x _James S. Bell_

James S. Bell

2







U.S. POSTAGE
PAID
FELTON,DE
19943
JAN 04, 07
AMOUNT
$4.88
00056611-03

1980i

0000

UNITED STATES
POSTAL SERVICE



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7005 3110 0003 3631 3417

James Bell
P.O. Box 311
Felton, DE 19943 - 0311

U.S. District of Delaware
Lockbox 18
844 N. King Street
Wilmington, Del., 19801 - 3517




U.S.M.S.
X-RAY

2007 JAN -5 AM11:11

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE