# In the United States District Of "DELAWARE"

J & J Mobile Home Park, Inc.,
    Plaintiff,

Civil Action No. 06-575 SLR

-Against-

28 U.S.C. Section 1331.

James Sonny Bell
    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now, here comes, Mr. James S. Bell, moving as movant for a viable

"Motion for Stay," as a "Matter of Law;"

This motion for stay {shall} be "GRANTED," in the "INTEREST OF JUSTICE,."

And to Avoid Additional Extraordinary writ(s) as law & Justice Require(s)  such as Writ of Prohibition, Per se

See Also;

28 U.S.C. Section 1331. Section 1657. Section 1651(a).



2007 JAN -5 AM 11:11
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

x_/s/ James S. Bell_
James S. Bell

2











U.S. POSTAGE PAID FELTON, DE 19943 JAN 04, 07 AMOUNT $4.88 00056611-03

7005 3110 0003 3631 3417

James Bell
P.O. Box 311
Felton, DE 19943 - 0311

U.S. District of Delaware
Lockbox 18
844 N. King Street
Wilmington, Del., 19801 - 3517

U.S.M.S X-RAY

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JAN -5 AM 11:11