## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

January 9, 2007

Justice of Peace Court of the
 State of Delaware
Attn: Clerk of Court
5 East Pine Street
Georgetown, DE 19947

      Re:    *Delaware District Court Civil Case 1:06-575-SLR; Delaware Justice of the Peace CA# J0607047816*

Dear Clerk :

In accordance with the Memorandum Order issued by Chief Judge Sue L. Robinson on December 12, 2006 in the above captioned civil case, this case is remanded to the Justice of the Peace Court of the State of Delaware in and for Kent County.

Please find enclosed a certified copy of the Memorandum Order for your records. The case docket is available electronically and can be assessed through PACER by selecting the "CM/ECF" link on the Delaware District Court web site at www.ded.uscourts.gov.

                                    Sincerely,

                                    Peter T. Dalleo, Clerk

                                    By: _____
                                    Deputy Clerk

Enclosure