IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J & J MOBILE HOME PARK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-575-SLR |
| | ) |
| JAMES SONNY BELL, | ) |
| | ) |
| Defendant. | ) |

### O R D E R

At Wilmington this 19th day of April, 2007, having reviewed defendant's motion to stay, filed concurrently with an appeal from an order of this Court remanding the above captioned case to the Justice of the Peace Court of the State of Delaware in and for Kent County;

IT IS ORDERED that said motion (D.I. 12) is denied, as this Court no longer has jurisdiction over these proceedings.

                                                             */s/ Sue L. Robinson*
                                                        United States District Judge