## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

May 21, 2007

Justice of Peace Court of the
 State of Delaware
Attn: Clerk of Court
5 East Pine Street
Georgetown, DE 19947

        Re:    *Delaware District Court Civil Case 1:06-575-SLR; Delaware Justice of the Peace CA# J0607047816*

Dear Clerk :

Enclosed is an Order issued by Chief Judge Sue L. Robinson on April 19, 2007 in the above captioned civil case, which was remanded to Justice of the Peace Court of the State of Delaware in and for Kent County December 13, 2006.

                              Sincerely,

                              Peter T. Dalleo, Clerk

                              By: _____
                              Deputy Clerk

Enclosure