UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-1057

_____

J&J MOBILE HOME PARK INC.

v.

JAMES SONNY BELL,

Appellant

_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 06-cv-00575)
District Judge:  Honorable Sue L. Robinson

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 12, 2008

Before:  AMBRO, FUENTES and FISHER, <u>Circuit</u> <u>Judges</u>

_____

**JUDGMENT**

_____

This cause came to be considered on the record from the United States District

Court for the District of Delaware and was submitted pursuant to Third Circuit LAR

34.1(a) on February 12, 2008.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court

entered December 13, 2006, be and the same is hereby affirmed.  No costs will be taxed.

All of the above in accordance with the opinion of this Court.

ATTEST:


/s/ Marcia M. Waldron
 Clerk

Dated: February 25, 2008

Certified as a true copy and issued in lieu
of a formal mandate on _____4/21/08_____

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit